Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; CAPITOL
RECORDS, INC.; BMG MUSIC;
ATLANTIC RECORDING
CORPORATION; ELEKTRA
ENTERTAINMENT GROUP INC.; SONY
BMG MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,

    Plaintiffs,

v.

JOHN DOE #3,

    Defendant.

CASE NO. C 07 4852 VRW

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

---

Certification of Interested Entities or Persons
Case No._____
#32453 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff Capitol Records, Inc.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff BMG Music: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Atlantic Recording Corporation: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Elektra Entertainment Group Inc.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

Certification of Interested Entities or Persons
Case No._____
#32453 v1

1   The following companies are parents of, or partners in Plaintiff Sony BMG Music
2   Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
3   Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
4   Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
5   Corporation is publicly traded in the U.S.
6   The following companies are parents of, or partners in Plaintiff Interscope Records: UMG
7   Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.;
8   Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and
9   Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
10  France.

12  Dated: September 20, 2007                    HOLME ROBERTS & OWEN LLP

14                                               By: _____/s/_____
                                                 MATTHEW FRANKLIN JAKSA
15                                               Attorney for Plaintiffs
                                                 UMG RECORDINGS, INC.; CAPITOL
16                                               RECORDS, INC.; BMG MUSIC;
                                                 ATLANTIC RECORDING
17                                               CORPORATION; ELEKTRA
                                                 ENTERTAINMENT GROUP INC.;
18                                               SONY BMG MUSIC
19                                               ENTERTAINMENT; and INTERSCOPE
                                                 RECORDS

2

Certification of Interested Entities or Persons
Case No._____
#32453 v1