1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; CAPITOL
7  RECORDS, INC.; BMG MUSIC;
   ATLANTIC RECORDING
8  CORPORATION; ELEKTRA
   ENTERTAINMENT GROUP INC.; SONY
9  BMG MUSIC ENTERTAINMENT; and
10 INTERSCOPE RECORDS

E-Filing

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13
14
15 UMG RECORDINGS, INC., a Delaware        CASE NO. _____
   corporation; CAPITOL RECORDS, INC., a
16 Delaware corporation; BMG MUSIC, a New   [PROPOSED] ORDER GRANTING VRW
   York general partnership; ATLANTIC       PLAINTIFFS' *EX PARTE* APPLICATION
17 RECORDING CORPORATION, a Delaware        FOR LEAVE TO TAKE IMMEDIATE
   corporation; ELEKTRA ENTERTAINMENT       DISCOVERY
18 GROUP INC., a Delaware corporation; SONY
19 BMG MUSIC ENTERTAINMENT, a Delaware
   general partnership; and INTERSCOPE
20 RECORDS, a California general partnership,
21                 Plaintiffs,
22     v.
23
24 JOHN DOE #3,
                   Defendant.
25
26
27
28

[Proposed] Order Granting Ex Parte Application For Leave to Take Immediate Discovery
Case No._____
#32452 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2   the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on San Francisco State
4   University to obtain the identity of Defendant John Doe # 3 ("Defendant") by serving a Rule 45
5   subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6   address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7   The disclosure of this information is consistent with San Francisco State University's obligations
8   under 20 U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
10  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
11  Plaintiffs' rights under the Copyright Act.

DATED: 10/1/07         By: _____
                           United States District Judge

[Proposed] Order Granting Ex Parte Application For Leave to Take Immediate Discovery
Case No. _____
#32452 v1