Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP INC.; SONY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br>             Plaintiffs,<br><br>   v.<br><br>JOHN DOE #3,<br>             Defendant. | CASE NO. 3:07-CV-04852-VRW<br><br>Honorable Vaughn R. Walker<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for January 3, 2008, at 3:30 p.m. to April 3, 2008.  Plaintiffs have not requested, and the Court has not granted, any previous continuance of this case management conference.  There is not yet a named defendant in this case.

Plaintiffs filed the Complaint against Defendant John Doe #3 ("Defendant") on September 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On October 1, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

After learning Defendant's identity, Plaintiffs sent a letter to Defendant on November 28, 2007 in hopes of resolving this dispute without further litigation.  Plaintiffs have made further attempts to contact Defendant since that time, but have been informed that Defendant may be traveling abroad.  If Plaintiffs are unable to contact Defendant and resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 3, 2008, at 3:30 p.m. to April 3, 2008.

Dated:  December 20, 2007                           HOLME ROBERTS & OWEN LLP


                                                    By:  _____*/s/ Matthew Franklin Jaksa*____
                                                         MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs

1

1 **ORDER**

2     Good cause having been shown:

3     **IT IS ORDERED** that the case management conference currently set for January 3, 2008, at

4 3:30 p.m. be continued to April 3, 2008.

7 Dated: _____    By: _____

8                                                           Honorable Vaughn R. Walker
                                                          United States District Judge