1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; CAPITOL
7  RECORDS, INC.; BMG MUSIC;
   ATLANTIC RECORDING
8  CORPORATION; ELEKTRA
   ENTERTAINMENT GROUP INC.; SONY
9

10                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO DIVISION
12

13 | UMG RECORDINGS, INC., a Delaware | CASE NO. 3:07-CV-04852-VRW |
14 | corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New | Honorable Vaughn R. Walker |
15 | York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware | ***EX PARTE* APPLICATION TO CONTINUE** |
16 | corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY | **CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
17 | BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE | |
18 | RECORDS, a California general partnership, | |
19 | Plaintiffs, | |
20 | v. | |
21 | | |
22 | JOHN DOE #3, | |
   | Defendant. | |
23

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04852-VRW
#34574 v1

1       Plaintiffs respectfully request that the Court continue the case management conference currently set for January 3, 2008, at 3:30 p.m. to April 3, 2008.  Plaintiffs have not requested, and the Court has not granted, any previous continuance of this case management conference.  There is not yet a named defendant in this case.

      Plaintiffs filed the Complaint against Defendant John Doe #3 ("Defendant") on September 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On October 1, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

      After learning Defendant's identity, Plaintiffs sent a letter to Defendant on November 28, 2007 in hopes of resolving this dispute without further litigation.  Plaintiffs have made further attempts to contact Defendant since that time, but have been informed that Defendant may be traveling abroad.  If Plaintiffs are unable to contact Defendant and resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

      Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 3, 2008, at 3:30 p.m. to April 3, 2008.

Dated:  December 20, 2007                  HOLME ROBERTS & OWEN LLP

                                      By:       */s/ Matthew Franklin Jaksa*
                                               MATTHEW FRANKLIN JAKSA
                                               Attorney for Plaintiffs

1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 3, 2008, at 3:30 p.m. be continued to April 3, 2008.

Dated: 12/27/2007          By: 

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04852-VRW
#34574 v1