1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; CAPITOL
7  RECORDS, LLC; BMG MUSIC;
   ATLANTIC RECORDING
8  CORPORATION; ELEKTRA
   ENTERTAINMENT GROUP INC.; SONY
9  BMG MUSIC ENTERTAINMENT; and
10 INTERSCOPE RECORDS

11                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MEILING FELICITAS JOHANNA WACHHOLZ-YEE,<br><br>                    Defendant. | CASE NO. 3:07-CV-04852-VRW<br><br>Honorable Vaughn R. Walker<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:07-cv-04852-VRW
#38170 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6  Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
7 publicly held French company.

8  Plaintiff CAPITOL RECORDS, INC. has changed its name to CAPITOL RECORDS, LLC.
9 Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not
10 publicly traded.

11  Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
12 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

13  Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
14 Warner Music Group Corp., which is publicly traded in the U.S.

15  Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is
16 Warner Music Group Corp., which is publicly traded in the U.S.

17  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
18 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
19 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
20 latter of which is publicly traded in the United States.

21  Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French
22 company

23
24 Dated: June 10, 2008                         HOLME ROBERTS & OWEN LLP
25
26                                              By: _____*/s/ Dawniell Zavala*____
                                                   DAWNIELL ZAVALA
27                                                 Attorney for Plaintiffs
28

1