MATTHEW FRANKLIN JAKSA 248072
560 MISSION STREET, 25TH FLOOR SAN FRANCISCO CA
415 268-2000

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | | CASE NUMBER: | **3:07-CV-04852-VRW** |
|---|---|---|---|
| UMG RECORDINGS, INC., ET AL., | Plaintiff(s) | | |
| v. | | | **PROOF OF SERVICE** |
| MEILING FELICITAS JOHANNA WACHHOLZ-YEE | Defendant(s) | | **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
    **NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER; EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF INFORMATION**

2.  **Person served:**
    a. ☐ Defendant *(name)*: **MEILING FELICITAS JOHANNA WACHHOLZ-YEE**
    b. ☒ Other *(specify name and title or relationship to the party/business named)*:
       **Mr. Yee, father RESIDENT, An Asian male approx. 45-55 years of age 5'6"-5'8" in height weighing 160-180 lbs with black hair and glasses**
    c. ☒ Address where papers were served: **5194 SALT POND PL WOODBRIDGE, VA 22193**

3.  **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:
    a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
       1.  **Papers were served on** *(date)*: _____ at *(time)*: _____
    b. ☒ By **Substituted service**. By leaving copies:
       1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
       3. ☒ **Papers were served on** *(date)*: **Jun 24 2008**     at *(time)*: **7:30:00 PM**
       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
       5. ☐ **papers were mailed** on *(date)*: _____
       6. ☐ **due diligence**. I made at least (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

**Eddie W. Null, Sr.**
**10522 CRESTFIELD LANE, SPOTSYLVANIA, VA 22553**
**540-785-2317**

a. Fee for service:  $ **200.00**

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **Jun 25 2008**

_____
(Signature)

---

CV-1 (04/01)         **PROOF OF SERVICE – SUMMONS AND COMPLAINT**         PAGE 2

Order No. 5262612 SEA



IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UMG RECORDINGS, INC., ET AL.,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: **3:07-CV-04852-VRW** |
| vs.<br>**MEILING FELICITAS JOHANNA WACHHOLZ-YEE** | DECLARATION OF NON SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER; EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** |
| Defendant/Respondent | **ORDER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF INFORMATION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **MEILING FELICITAS JOHANNA WACHHOLZ-YEE** at the address of: **1646 STONY BROOK DR , SALINAS, Monterey County, CA 93906** and was unable to effect service for the following reasons:

**2/23/2008 11:00:00 AM: No Answer at the door**
**2/24/2008 12:00:00 PM: Per white male resident approx. 6'0"-6'2" in height weighing 200-220 lbs with a shaved head and blue eyes - subject used to rent a room from him and has moved out of the country**

Declarant hereby states under penalty of perjury under the laws of the State of **California** that the statement above is true and correct.

DATED this **29th day of February, 2008,**

_Laurel Peterson_

**Laurel Peterson, Reg. # 41, Monterey, CA**

FOR: **HOLME ROBERTS & OWEN, LLP**

ORIGINAL PROOF OF SERVICE

Tracking #: **5262612** SEA



**PFI** PROCESS
FORWARDING
INTERNATIONAL

633 Yesler Way Seattle, WA 98104  www.pfiserves.com
800 232-8854    Fax: 800 734-6859

# PROCESS  SERVICE  NOTIFICATION

| | | |
|---|---|---|
| To: | **HOLME ROBERTS & OWEN, LLP**<br>**560 MISSION STREET 25TH FLOOR**<br>**SAN FRANCISCO, CA 94105** | Date: Jul  2 2008 |
| | | Dispatcher: Angela D.<br>AngelaD@abclegal.com<br>800-324-5619 |
| Attention: | Asma Zia | Tracking #: 5262612 |
| Client Ref: | WACHOLZ-YEE | |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | MEILING FELICITAS JOHANNA WACHHOLZ-YEE |
| Person Served: | Mr. Yee, father RESIDENT, An Asian male approx. 45-55 years of age 5'6"-5'8" in height weighing 160-180 lbs with black hair and glasses |
| Served By: | Eddie W. Null, Sr. |
| Service Date: | Jun 24 2008 7:30PM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER; EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF INFORMATION |
| Service Address: | 5194 SALT POND PL   WOODBRIDGE county of County VIRGINIA 22193 |
| Court: | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Case Name: | UMG RECORDINGS, INC., ET AL.,       Plaintiff / Petitioner<br>vs.<br>MEILING FELICITAS JOHANNA WACHHOLZ-YEE       Defendant / Respondant |
| Case Number: | 3:07-CV-04852-VRW |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S .  D E P T .  O F  J U S T I C E  A N D  U. S .  S T A T E  D E P T .