**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 8, 2008

RE: <u>CV 07-04852 VRW</u>    <u>UMG RECORDINGS-v- JOHN DOE</u>

Default is entered as to defendant, Meiling Felicitas Johanna Wachholz-Yee on September 8, 2008.

RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by<u>Gwen Agid</u>  
Case Systems Administrator

NDC TR-4  Rev. 3/89